## File Hashes for IP Address 98.193.122.65

**ISP:** Comcast Cable
**Physical Location:** Griffith, IN

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/17/2013 19:41:46 | 3EA245848245001DD079D70868739FB5893FFCDA | Spur of the Moment |
| 01/17/2013 19:25:37 | 689C0D98E7478D67C8F8ECEE4B72607596884CAB | Morning Desires |
| 01/17/2013 19:22:09 | 58D045CF5E83EDB97D7BA9C666D23D36C764CC9B | Want You |
| 01/16/2013 18:31:05 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby |
| 01/16/2013 18:07:43 | 22B830745E21A2C1F27F57118839A264AC674B7A | After Hours |
| 01/16/2013 15:06:33 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 07/18/2012 14:35:42 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand |
| 07/18/2012 14:34:32 | 73332E43233F67039F2C38982E6DA11A112C6F02 | Happy Ending |

**Total Statutory Claims Against Defendant: 8**

NIN15

EXHIBIT A

## Copyrights-In-Suit for IP Address 98.193.122.65

**ISP:** Comcast Cable
**Location:** Griffith, IN

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| After Hours | PA0001780461 | 11/21/2011 | 03/10/2012 | 01/16/2013 |
| Happy Ending | PA0001780464 | 12/12/2011 | 03/10/2012 | 07/18/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/17/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 01/16/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 07/18/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 01/16/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/17/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/17/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 8**

EXHIBIT B

NIN15

## Expanded Surveillance of IP Address 98.193.122.65

**ISP:** Comcast Cable
**Location:** Griffith, IN

| Hit Date UTC | Filename |
|---|---|
| 01/30/2013 | Chief.Architect.X5.Premier Full |
| 01/30/2013 | American.Reunion.2012.UNRATED.720p.BluRay.X264-BLOW [PublicHD] |
| 01/30/2013 | Chief Architect Premiere X5 (x86x64) |
| 01/18/2013 | Shadow.Dancer.2012.720p.BRRip.x264.AAC-m2g |
| 01/18/2013 | [ www.Torrenting.com ] - Fairytale.2012.DVDRiP.XViD-TASTE |
| 01/17/2013 | Black Majesty - Silent company |
| 01/17/2013 | x-art_ivy_spur_of_the_moment_720.wmv |
| 01/17/2013 | X-Art  Angie 540p |
| 01/17/2013 | x-art_baby_want_you_540-chkm8te.wmv |
| 01/17/2013 | [comic book] Aliens vs Predator vs Terminator 4 of 4.pdf |
| 01/17/2013 | Boiling Up_750.mp4 |
| 01/16/2013 | x-art_baby_want_you_720.wmv |
| 01/16/2013 | x-art_anneli_dream_girl_720.wmv |
| 01/16/2013 | The.Cabin.In.The.Woods.2012.HDRiP.XViD-PSEUDO |
| 01/16/2013 | [ www.UsaBit.com ] -  Zero Dark Thirty (2012) DVDScr 700MB Ganool.mkv |
| 01/16/2013 | prnfle974x.wmv |
| 01/16/2013 | x-art_kaylee_waterfall_emotions_720.wmv |
| 01/16/2013 | FIGHTS |
| 01/16/2013 | X-Art.12.11.23.Connie.Heart.And.Soul.XXX.1080p.MOV-KTR |
| 01/16/2013 | The.Dark.Knight.Rises.2012.BDRip.XviD-SPARKS |
| 01/16/2013 | x-art_angelica_inside_perfection_720.mov |

EXHIBIT C

NIN15

| Hit Date UTC | Filename |
|---|---|
| 01/16/2013 | X-Art_-_Gianna_Morning_-_Tryst_HD_1080p |
| 01/16/2013 | X-Art - Morning Memories - Cindy [720p].wmv |
| 01/16/2013 | The Avengers (2012) 720p BRRip x264[Dual-Audio][Hindi-English] By M@fiaking [Team EXD] |
| 01/16/2013 | x-art_baby_susie_then_they_were_three_540.wmv |
| 01/16/2013 | xart.12.07.03.addison.positively.in.love.mov |
| 01/16/2013 | SuperSex Best Sex Positions and Tips 52 Ways to Please and Tease |
| 01/16/2013 | Seven.Psychopaths.2012.BRRip.XviD.Ac3-Blackjesus |
| 01/16/2013 | Days Like This |
| 01/16/2013 | The.Apparition.2012.BDRip.XviD-SPARKS |
| 01/16/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/16/2013 | X-Art - Pretty Back Door Baby - Linsay [720p].wmv |
| 01/16/2013 | X-Art.Spur.of.the.Moment.1080p.MOV.PSYKO666.mov |
| 01/16/2013 | House at the End of the Street (2012) |
| 12/22/2012 | Cosmid.12.12.13.Mandie.Kitchen.Time.With.Mandie.XXX.720p.MP4-YAPG[rbg] |
| 12/22/2012 | 102 Sex Positions - English with GERMAN narration XXX [porn movie educational] |
| 10/08/2012 | Pink Floyd The Wall (1982)[DVDRip][big_dad_e |
| 10/08/2012 | Pink Floyd The Wall 1982 HDTV 720p x264-ExtraTorrentRG |
| 09/27/2012 | Latest Android Application Pack 2012 (September) - Over 600+ Applications --- HFM |
| 09/27/2012 | Top Paid Android Apps September 2012 Part 4 - Just Awesome Apps On Your Hand |
| 09/26/2012 | Little.Russian.Whores |
| 09/26/2012 | Top Selling Paid Android Games and Apps of the Month {ECS} |
| 09/26/2012 | The Cabin In The Woods [2011]-480p-BRrip-x264-StyLishSaLH |
| 09/26/2012 | Prometheus [2012]-480p-BRrip-x264-StyLishSaLH |
| 09/15/2012 | The.Avengers.2012.CAM.V2.XViD-26K |
| 09/15/2012 | American.Pie.Reunion.2012.720P.TS.XViD-26K |

EXHIBIT C

NIN15

| Hit Date UTC | Filename |
|---|---|
| 09/12/2012 | NewTek LightWave 3D 11.0 build 2238 (x86) Incl Crack @ Only By THE RAIN {HKRG} |
| 09/08/2012 | Pixologic ZBrush 4R4 Incl Keygen.rar |
| 08/30/2012 | Pearl Jam - Ten (1991). butchT Greatest Albums of all Time |
| 08/30/2012 | Kamasutra.2012.BDRip.XviD-FiCO[rbg] |
| 08/30/2012 | Step.up.4.Miami.Heat.2012.WORKPRiNT.XViD.AC3-CRYS |
| 08/30/2012 | Adobe Acrobat X Pro 10.1.4 (English+French+German) + keygen{H33T}{Easypath} |
| 08/30/2012 | Kamasutra.2012.720p.BluRay.DTS.x264-xiaofriend [PublicHD.ORG] |
| 08/30/2012 | 21 Jump Street 2012 DVDRip XviD Ac3-MAX |
| 08/30/2012 | PharaOm ⍰ Tesseract (2012) |
| 08/30/2012 | Playboy Lingerie October November 2012 |
| 08/21/2012 | Orgasms.12.08.11.Haven.And.Jessica.Tonight.XXX.1080p.MP4-KTR[rbg] |
| 08/21/2012 | FEMJOY CAPRICE YOURS TRULY SILVERDUST.ZIP |
| 08/20/2012 | Octomom.Home.Alone.XXX.DVDRip.XviD-STARLETS |
| 08/20/2012 | PornstarsLikeItBig Jessica Jaymes, Breanne Benson, Kortney Kane and Kirsten Price mp4s |
| 08/20/2012 | The crow |
| 08/20/2012 | Met-Art_12.01.08.Michaela.A.Oxia.XXX.iMAGESET-iNova |
| 08/20/2012 | FEMJOY ARIEL  CAPRICE  CARISHA FRIENDS 4 EVER {silverdust}.ZIP |
| 08/20/2012 | The.Psychotherapist.XXX.DVDRip.XviD-STARLETS |
| 08/20/2012 | Playboy Brazil Especial Edition - O Mundo de Playboy Vol 10 2010 |
| 08/20/2012 | Nubiles - Hardcore - Jewel [720p].wmv |
| 08/19/2012 | Pixologic ZBrush 4R4 Portable Preactivated ---PMS.rar |
| 07/27/2012 | The.Lorax.2012.BRRip.XviD-Blackjesus |
| 07/18/2012 | NuruMassage_-_Arial_Rose_-_I_Was_Wondering_HD_1080p |
| 07/18/2012 | X-Art.com - Carla (Happy Ending) [HD 720p] |
| 07/18/2012 | 12.05.02.Abby.X-Art.mov |

EXHIBIT C

NIN15

## EXCULPATORY EVIDENCE REQUEST

Subscriber Name:

Subscriber Address:

Attorney Name/Contact:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

Authorized User Name/Relationship

A. _____
   o  Adult Child
   o  Domestic Partner
   o  Minor Child
   o  Roommate
   o  Spouse
   o  Tenant
   o  Unrelated adult

B. _____
   o  Adult Child
   o  Domestic Partner
   o  Minor Child
   o  Roommate
   o  Spouse
   o  Tenant
   o  Unrelated adult

C. _____
   o  Adult Child
   o  Domestic Partner
   o  Minor Child
   o  Roommate
   o  Spouse
   o  Tenant
   o  Unrelated adult

EXHIBIT D

NIN15

    D. _____

- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to an IP Address assigned to the Defendant?

YES    NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES    NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

EXHIBIT D

NIN15

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES     NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES     NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

YES     NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES     NO

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES     NO

_____
Signed

_____
Date

EXHIBIT D

NIN15