**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC,           )<br>   Plaintiff,                              )<br>                                             )<br>   v.                                          )<br>                                             )<br>JOHN DOE, *subscriber assigned IP*  )<br>*address 98.193.122.65*,              )<br>   Defendant.                             ) | CAUSE NO. 2:13-CV-85-JVB-JEM |

**SHOW CAUSE ORDER**

This matter is before the Court *sua sponte*. This copyright infringement case involves a Defendant originally known to Plaintiff only by an IP address of 98.193.122.65. On March 3, 2013, Plaintiff filed a Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference, at [DE 5], in order to request from Defendant's Internet Service Provider ("ISP") the identity of the subscriber assigned that IP address at the time of the alleged downloads. On May 9, 2013, this Court granted Plaintiff's motion, at [DE 9]. However, due to the potential for embarrassment and annoyance to Defendant because of the sexually explicit nature of the allegedly downloaded films, the Court also entered a protective order allowing Defendant to proceed anonymously. Additionally, the order placed restrictions on Plaintiff's contact with anyone identified in the ISP's response to the subpoena, stating:

> Plaintiff, its counsel, and any other person or entity acting for or on its behalf shall hereafter refrain from any direct communication with Defendant without express leave of Court. The sole exception to this prohibition is that counsel for Plaintiff may arrange to effect service of a summons and the Complaint upon a putative Defendant and following service upon a Defendant may properly serve any other papers filed with the Court upon that Defendant. Communications with counsel for putative Defendant are permitted.

On July 3, 2013, Plaintiff filed Plaintiff's First Motion for Extension of Time within which It Has to Effectuate Service on Defendant, at [DE 11], in which it states:

> Plaintiff is in the process of discussing the matter with Defendant to ascertain their intentions with respect to litigation or an early settlement.

Plaintiff does not state that this discussion has been with counsel for Defendant and, as no counsel has appeared on behalf of Defendant, this Court is concerned the discussion has involved direct communication with Defendant in defiance of this Court's Order of May 9, 2013.

For the foregoing reasons, the Court **DIRECTS** the Plaintiff to show cause, if any, on or before **July 22, 2013,** as to why he appears to have violated the Court's Order of May 9, 2013.

SO ORDERED this 12th day of July, 2013.

                                        s/ John E. Martin
                                        MAGISTRATE JUDGE JOHN E. MARTIN
                                        UNITED STATES DISTRICT COURT

cc:    All counsel of record