UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:13-cv-00085-JVB-JEM |
| v. | ) |
| JOHN DOE subscriber assigned IP address 98.193.122.65, | ) |
| Defendant. | ) |

**PLAINTIFF'S AMENDED FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which to effectuate service on Defendant, and states:

1. This is a copyright infringement case originally against a John Doe Defendant known to Plaintiff only by an IP address. Plaintiff obtained Defendant's identity by way of a third party subpoena issued to Defendant's Internet Service Provider ("ISP").

2. On May 9, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable, to obtain the Defendant's identifying information [CM/ECF 9]. Plaintiff issued the subpoena on or about May 9, 2013, and received the ISP's response on June 24, 2013. Pursuant to the Court's order, neither undersigned, Plaintiff, nor Plaintiff's representatives have contacted Defendant. The sentence in the original motion to the contrary was inaccurate. *See* Declaration of Paul Nicoletti, attached hereto as "Exhibit A."

3. On July 10, 2013, Plaintiff mailed a proposed summons to the Clerk, containing the Defendant's information which was provided to Plaintiff by the ISP. To date, Plaintiff has not received the Clerk issued-summons to serve on the Defendant.

1

4.	Pursuant to Rule 4(m), Plaintiff is required to effectuate service on Defendant by no later than Friday, July 5, 2013.  As Plaintiff has not yet received the summons to serve on the Defendant, it has unable to serve him by the current deadline.

5.	Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended by thirty (30) days, or until August 5, 2013.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until August 5, 2013.  A proposed order is attached for the Court's convenience.

Dated: July 18, 2013

Respectfully submitted,
NICOLETTI & ASSOCIATES, PLLC

By:	/s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:	/s/ *Paul J. Nicoletti*