## DECLARATION OF PAUL J. NICOLETTI

I, Paul J. Nicoletti, do hereby declare:

1. My name is Paul Nicoletti and I am over the age of 18 and am otherwise competent to testify.

2. The facts stated herein are based upon my personal knowledge.

3. On May 9, 2013, I received a Court order granting Plaintiff's Motion for Leave to Serve a Third Party Subpoena on Defendant's ISP for the purpose of obtaining the Defendant's identifying information.

4. The Order specifically instructed that Plaintiff refrain from directly contacting the Defendant. As such, I instructed my staff not to contact the Defendant and to keep his information secure.

5. On May 9, 2013, I served a subpoena on Comcast Holdings Corporation and I received the response on June 24, 2013.

6. At no point did I, my staff, or Plaintiff's representatives contact the Defendant.

7. On July 5, 2013, because service had not been completed on Defendant, I filed a Motion for Extension of Time which erroneously advised that Plaintiff was "in the process of discussing the matter with Defendant to ascertain their intentions with respect to litigation or an early settlement."

8. This statement was included in the motion by mistake. To explain, settlement discussions have been a frequent reason in my other cases to request an enlargement of time to serve Defendant. And, a prior motion from another case was used to draft the subject motion. Unfortunately, the inaccurate sentence was not removed from the draft which was used as the template for the subject motion.

9. Undersigned sincerely apologizes to the Court for any inconvenient this error may have caused.

FURTHER DECLARANT SAYETH NAUGHT.

## **DECLARATION**

**Pursuant to 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of July, 2013.

**PAUL J. NICOLETTI**

By: ___/s/ *Paul Nicoletti*___