UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 2:13-CV-85-JVB-JEM |
| ) | |
| JOHN DOE, *subscriber assigned IP* ) | |
| *address 98.193.122.65*, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the document appearing on the docket as Response to Order to Show Cause [DE 16], filed by Plaintiff on July 17, 2013. On July 3, 2013, Plaintiff filed Plaintiff's First Motion for Extension of Time within which It has to Effectuate Service on Defendant, at [DE 11]. On July 12, 2013, the Court granted an extension of time through August 5, 2013, at [DE 12].

However, in its motion, Plaintiff had stated that it was in discussions with Defendant regarding this litigation. In its Order of May 9, 2013, the Court prohibited Plaintiff from directly communicating with Defendant. Accordingly, the Court issued a Show Cause Order, at [DE 13], ordering Plaintiff to explain why it had apparently violated the Order of May 9, 2013. In his response, Plaintiff states that the language of the initial motion was borrowed from a motion in a different case in which no protective order prohibits communication with the defendant. Plaintiff states that it has not been in communication with Defendant, but simply failed to remove the language indicating otherwise from its motion for an extension of time.

Accordingly, the Court **FINDS** that Plaintiff has shown cause why it appeared to have violated this Court's protective order.

So ORDERED this 23rd day of July, 2013.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc:   All counsel of record